IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              CASE NO. 4:00CR00095 JMM

KENNETH SMOTHERS

ORDER

Based upon the events set forth in the May 18, 2006 Order Modifying Conditions of Supervised Release, defendant's *pro se* Motion for Early Termination of Supervised Release is denied (#55). *See* 18 U.S.C. § 3583(e)(1); Fed.R.Crim.P. 32.1(c)(2)(B) and (C).

IT IS SO ORDERED THIS  5  day of   July  , 2007.


_____
James M. Moody
United States District Judge